IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CYNTHIA MARCISZEWSKI, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CAROLYN W. COLVIN, § <br> § <br> Defendant. § | Civil Action No. 7:14-CV-00059 |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 20. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, the Commissioner's decision is **AFFIRMED** and Plaintiff's complaint is **DISMISSED**.

**SO ORDERED** on this **19th day** of **August, 2015.**

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE